PAULINE LEVY, an Infant, by BERTHA LEVY, her Guardian ad Litem, Respondent, *v.* LOUIS HANNEMAN, Appellant.

*Levy* v. *Hanneman*, 63 App. Div. 615, appeal dismissed.
(Argued January 6, 1902; decided January 14, 1902.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 29, 1901, affirming a judgment in favor of plaintiff entered upon a verdict.

The motion was made upon the ground that the recovery being one for personal injuries and the judgment of affirmance in the Appellate Division being unanimous, no appeal lies therefrom as of right and permission to appeal has not been granted.

*Edward Fillmore* for motion.

No one opposed.

Motion granted, with ten dollars costs of motion, and appeal dismissed, with costs.